UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY SCOTT, ET AL

VERSUS

SOUTHERN TOWING CO., ET AL.

CIVIL ACTION

NO. 11-573-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated November 22, 2011 (doc. no. 11) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Remand and for Attorney's Fees and Costs (doc. no. 3) filed by plaintiffs, Anthony Scott and Stacy Scott, individually and on behalf of their minor children, is GRANTED and this matter is REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, for further proceedings. Further, the plaintiffs are entitled to an award of $4,000.00 for the attorney's fees that they incurred in connection with the defendant's improper removal of this case.

Baton Rouge, Louisiana, December 14, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA